IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------- :
UNITED STATES OF AMERICA          :
                                  : CASE NO.   1:08 CR 216
                        Plaintiff :
                                  :
              -vs-                :
                                  :
JASON W. EDDY                     :
                                  : ORDER ACCEPTING PLEA AND
                       Defendant  : JUDGMENT AND NOTICE OF HEARING
------------------------------------------------------- :

UNITED STATES DISTRICT JUDGE LESLEY WELLS

  This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge William H. Baughman, Jr. regarding the change of plea hearing and plea statement of Jason W. Eddy which was referred to the Magistrate Judge with the consent of the parties.

  On 6 May 2008, the government filed a one-count indictment against Jason W. Eddy for distribution of crack cocaine in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).  On 23 May 2008, a hearing was held in which Jason W. Eddy entered a plea of not guilty before Magistrate Judge William H. Baughman, Jr.  On 15 December 2008, Magistrate Judge Baughman received Jason W. Eddy's plea of guilty and issued a Report and Recommendation

("R&R") concerning whether the plea should be accepted and a finding of guilty entered.  Magistrate Judge McHargh filed his R&R on 23 January 2008.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted.  Jason W. Eddy is found to be competent to enter a plea.  He understands his constitutional rights.  He is aware of the charges and of the consequences of entering a plea.  There is an adequate factual basis for the plea.  The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea statement is approved.

Therefore, Jason W. Eddy is adjudged guilty of Count One in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

Sentencing will be:

>**13 January 2009 at 9:30 a.m.**
>
>**Courtroom 19-A**
>**19th Floor, United States District Court**
>**801 West Superior Avenue**
>**Cleveland, Ohio 44113**

IT IS SO ORDERED.


Dated: 6 January 2009                      /s/Lesley Wells
                                            UNITED STATES DISTRICT JUDGE